McGREGOR W. SCOTT
United States Attorney
TANYA B. SYED
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (530) 393-9583, AND 2071 AMANDA WAY, APARTMENT #44, CHICO, CA 95928<br><br>Defendants. | CASE NO.: 2:20-SW-159-CKD, 2:20-SW-160-CKD, 2:20-SW-234-AC<br><br>[~~PROPOSED~~] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated:   April 2, 2020

The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE